## Allan McGILL v. UNITED STATES.
### No. 5265.

Circuit Court of Appeals, Seventh Circuit.
Nov. 22, 1934.

Allan M. McGill, of St. Paul, Minn., for appellant.

Stanley M. Ryan, U. S. Atty., and Harold E. Hanson, Asst. U. S. Atty., both of Madison, Wis.

Before EVANS and FITZHENRY, Circuit Judges, and LINDLEY, District Judge.

PER CURIAM.

Now this day come the parties by their counsel and this cause now comes on to be heard on the printed record and briefs of counsel and on oral arguments by Mr. Allan M. McGill, appellant, and by Mr. Harold J. Hansen, counsel for appellee, on consideration whereof, it is now here ordered and adjudged by this court that the judgment of the District Court of the United States for the Western District of Wisconsin in this cause be, and the same is hereby, affirmed.

## Virginia E. MacLAUGHLIN, Administratrix of the Estate of Joseph S. MacLaughlin, Deceased, Late Collector of Internal Revenue, Defendant-Appellant, v. WESTMORELAND COAL CO., Plaintiff-Appellee.
### No. 5537.

Circuit Court of Appeals, Third Circuit.
Dec. 1, 1934.

George H. Zeutzius, of Washington, D. C., Charles D. McAvoy, U. S. Atty., and T. J. Curtin, Asst. U. S. Atty., both of Philadelphia, Pa., Frank J. Wideman, Asst. Atty. Gen., and Sewall Key and E. F. McMahon, Sp. Assts. to the Atty. Gen., for appellant.

Charles Myers and Barnes, Biddle & Myers, all of Philadelphia, Pa., for appellee.

Before WOOLLEY, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

Trial by jury was waived, and the case formally submitted to the court. Holding that the stipulated facts sustain the court's findings, its judgment is affirmed on the reasoning of its opinion. 8 F. Supp. 963.